**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CLEO GILES,

      Plaintiff,                                  Case No. 03-74073

v.                                               Arthur J. Tarnow
                                                 United States District Judge

HUGH WOLFENBARGER,

                                                Paul Komives
      Defendant.                          Magistrate Judge
_____/

## NOTICE TO PARTIES REGARDING SERVICE OF REPORT AND RECOMMENDATION [20] AND OBJECTIONS

      On April 12, 2005, Magistrate Judge Komives filed a report and recommendation recommending that the instant petition for writ of habeas corpus be dismissed [ECF 20]. On April 21, 2005, the Clerk's Office received notice that the report and recommendation had not been served on Petitioner's counsel and had been returned to the Clerk's Office as undeliverable mail. Therefore,

      IT IS HEREBY ORDERED that the parties be served with copies of the report and recommendation.

      IT IS FURTHER ORDERED that the parties may object to and seek review of the report and recommendation, but are required to act within ten days of service of the report and recommendation pursuant to 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(2).

      IT IS FURTHER ORDERED that within ten days of any objecting party's timely filed objections, the opposing party may file a response.

      IT IS SO ORDERED.


                                          s/Arthur J. Tarnow
                                          Arthur J. Tarnow
                                          United States District Judge

Dated: 8/12/05

I hereby certify that a copy of the foregoing document was served upon counsel of record on _____ by electronic and/or ordinary mail.

                                          s/   Theresa E. Taylor_____
                                          Case Manager